1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-7317
FAX: (415) 436-7234
katherine.wawrzyniak@usdoj.gov

8

9 | Attorneys for United States of America

FILED

DEC 20 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEC 20 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:16-71674 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| DEBORAH KELLEY, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that the above-named defendant DEBORAH KELLEY, is scheduled to self-surrender on December 21, 2016, based upon an arrest warrant (copy attached) issued upon an

■ Indictment (filed under seal, copy attached)

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the Southern District of New York, Criminal Case No. 16-0837.

In that case, the defendant is charged in Count One with a violation of Title 18, United States

1

1  Code, Section 371 (conspiracy to commit securities fraud and honest services fraud); in Count Two with
2  violations of Title 15, United States Code, Sections 78j(b) and 78ff, as well as Title 17, Code of Federal
3  Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2 (securities fraud); in Count
4  Three with a violation of Title 18 United States Code, Section 1349 (conspiracy to commit honest
5  services wired fraud); in Count Four with violations of Title 18, United States Code, Sections 1343,
6  1346 and 2 (honest services wired fraud); and in Count Five with a violation of Title 18, United States
7  Code, Section 1512(k) (conspiracy to obstruct justice). The maximum penalties are as follows:

<u>Count One</u>

| | |
|---|---|
| Maximum term of imprisonment: | 5 years |
| Maximum term of supervised release: | 3 years |
| Maximum fine: | $250,000 |
| Special Assessment: | $100 |
| Restitution | |
| Forfeiture | |

<u>Count Two</u>

| | |
|---|---|
| Maximum term of imprisonment: | 20 years |
| Maximum term of supervised release: | 3 years |
| Maximum fine: | $5,000,000 |
| Special Assessment: | $100 |
| Restitution | |
| Forfeiture | |

//

<u>Counts Three, Four and Five</u>

| | |
|---|---|
| Maximum term of imprisonment: | 20 years |
| Maximum term of supervised release: | 3 years |
| Maximum fine: | $250,000 |
| Special Assessment: | $100 |

Restitution

Forfeiture

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

Date: December 20, 2016

*/s/ Katherine L. Wawrzyniak*
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney