FILED

1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   KATHERINE L. WAWRZYNIAK (CABN 252751)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7317
7       FAX: (415) 436-7234
        katherine.wawrzyniak@usdoj.gov

8
    Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT

10
                  NORTHERN DISTRICT OF CALIFORNIA

11
                      SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,          )   CRIMINAL NO. 3.16 - 71674 MAG
                                        )
14        Plaintiff,                    )   SEALING APPLICATION AND [PROPOSED]
                                        )   SEALING ORDER
15        v.                            )
                                        )
16   DEBORAH KELLEY,                    )
                                        )
17        Defendant.                    )
                                        )
18   _____)

19

20                        **SEALING APPLICATION**

21        The United States requests that the Notice of Proceedings on Out-of-District Criminal Charges,

22   the underlying Indictment, and Arrest Warrant in the above-captioned cased be filed under seal until

23   further order of the Court, with the exception that the Clerk's office may provide a copy of the Notice,

24   Indictment, or Arrest Warrant to the U.S. Attorney's Office and agents of the Federal Bureau of

25   Investigation.

26        The sealing application is requested because the Indictment was filed under seal in the Southern

27   District of New York, and its premature unsealing could cause defendants who have not yet been

28   arrested to flee or otherwise try to thwart the prosecution.

DEC 20 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEC 20 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  WHEREFORE, the United States respectfully requests that the Court issue an Order Granting

2  this Application.

3

4  Dated: December 20, 2016                    Respectfully submitted,

5

6                                             BRIAN J. STRETCH
                                             United States Attorney

7

8                                             KATHERINE L. WAWRZYNIAK
                                             Assistant United States Attorney

9

10                                    **ORDER**

11  On the government's application, the Notice of Proceedings on Out-of-District Criminal

12  Charges, the underlying Indictment and Arrest Warrant shall be filed under seal until further order of the

13  Court, with the exception that the Clerk's office may provide a copy of the foregoing documents to the

14  U.S. Attorney's Office and agents of the Federal Bureau of Investigation.

15  IT IS SO ORDERED.

16  DATED: December __, 2016
                                             _____
17                                           HONORABLE JACQUELINE SCOTT CORLEY
                                             United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

                                             2

WHEREFORE, the United States respectfully requests that the Court issue an Order Granting this Application.

Dated: December 20, 2016                    Respectfully submitted,

                                            BRIAN J. STRETCH
                                            United States Attorney

                                            KATHERINE L. WAWRZYNIAK
                                            Assistant United States Attorney

## ORDER

On the government's application, the Notice of Proceedings on Out-of-District Criminal Charges, the underlying Indictment and Arrest Warrant shall be filed under seal until further order of the Court, with the exception that the Clerk's office may provide a copy of the foregoing documents to the U.S. Attorney's Office and agents of the Federal Bureau of Investigation.

IT IS SO ORDERED.

DATED:  December 21, 2016

                                            HONORABLE JACQUELINE SCOTT CORLEY
                                            United States Magistrate Judge

2